1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

FILED
2007 APR 17 PM 4:19
CLERK US DIST... ....
SOUTHERN DISTRICT OF CALIFORNIA
BY_____RM_____DEPUTY

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOBA, INC.,<br><br>                                  Plaintiff,<br>vs.<br><br>SMITHKLINE BEECHAM CORPORATION,<br><br>                                 Defendant.<br><br>SMITHKLINE BEECHAM CORPORATION,<br><br>                           Counterclaimant,<br>vs.<br><br>MOBA, INC.,<br><br>                        Counterclaim defendant. | CASE NO. 06CV0827 R (LSP0<br><br>ORDER GRANTING JOINT MOTION TO DISMISS ENTIRE ACTION AND DISMISSING ENTIRE ACTION |

      The court has reviewed the parties' joint motion for dismissal of entire action with prejudice, which indicates that the parties have resolved all claims raised in Moba Inc.'s Complaint and Smithkline Beecham Corporation's Counterclaim. For good cause appearing, the joint motion is granted. The Clerk shall dismiss the action in its entirety with prejudice,

. . .

1  each party to bear its own costs, fees, and expenses associated with this action.

2

3  **IT IS SO ORDERED.**

4

5  DATED: 4\11        ,2007

6                                         _____
                                          JOHN S. RHOADES, SR.
7                                         United States District Judge
   cc:    All parties
8